IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BARBARA GRAZIOLI, individually and on behalf of all others similarly situated** : : : Plaintiff, : : v. : : **MARTINO CARTIER and MARTINO CARTIER SALON, in their individual capacity and trading as MARTINO** : : : Defendants. : | CIVIL ACTION<br><br>Docket No.<br><br><br>NOTICE OF REMOVAL |

Petitioner, Martino Cartier and Martino Cartier Salon Washington Township, LLC (improperly plead as Martino Cartier Salon) (hereinafter "Martino Cartier" and "Martino Cartier Salon," respectively), referred to herein as Defendants in the above-entitled action, by its attorneys, COHEN FINEMAN, LLC, respectfully show this Court.

1. The Petitioners are named Defendants in the instant action.

2. This action was commenced by the filing of a Complaint in the Burlington County Superior Court of New Jersey, Law Division, on September 5, 2022 under Docket No. BUR-L-1659-22. See Exhibit "A."

3. Respondent/Plaintiff in the above-captioned matter claims that Defendants violated the federal Fair and Accurate Credit Transaction Act ("FACTA") amendment to the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. by allegedly printing the expiration dates of their customers' credit card or debit card account numbers on their transaction receipts. See Exhibit "A."

4. Respondents/Plaintiff also alleges that Defendants violated the New Jersey Consumer Fraud Act, N.J.S.A. 56:8-1 et seq. under the same common facts. See Exhibit "A."

5.     The Summons and Complaint were served on Petitioners via process server on September 6, 2022.  See Exhibit "B."

6.     As FACTA is the well-pleaded and articulated central cause of action pursuant to 28 U.S.C. § 1331, the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

7.     The U.S. District Court can exercise supplemental jurisdiction over Respondent/Plaintiff's state-based consumer fraud claim under 28 U.S.C. § 1367, as Plaintiff's claim arises out of "a common nucleus of operative fact" based on the articulated complaint.

**WHEREFORE**, Petitioners pray that the instant action now pending before the Superior Court of New Jersey, Burlington County, Law Division, be removed therefrom to the United States District Court for the District of New Jersey, and for such other and further relief as this Court deems just and proper.

Dated: September 27, 2022

                **COHEN FINEMAN, LLC**
By:     */s/Samuel B. Fineman*
        Samuel B. Fineman
        NJ ID No. 005381999
        1999 Marlton Pike E.
        Suite 4
        Cherry Hill, NJ 08003
        Tel: (856) 304-0699
        Fax: (856) 489-5088
        Email: sfineman@cohenfineman.com